IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02164-CMA-MJW

PATRICK COLLINS, INC.,

Plaintiff(s),

v.

JOHN DOES 1-15,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that John Doe #5's Omnibus Motion to: (1) Sever Defendants for Improper Joinder, (2) Emergency Stay the Proceeding Based on Resolution of Misjoinder, (3) to Quash the Subpoena or in the Alternative, (4) for a Protective Order (Docket No. 23) is stricken.  Each of these motions should be filed separately rather than together in the form of an omnibus motion.  It is thus further

**ORDERED** that Defendant Doe #5's Motion for Leave to File a Motion of Excess Pages (Docket No. 25) is denied as moot.

Date: December 13, 2011