IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02164-CMA-MJW

PATRICK COLLINS, INC.,

Plaintiff(s),

v.

JOHN DOES 1-15,

Defendant(s).

---

### MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant Doe #5's Motion to Emergency Stay in the Proceeding Based on Resolution of Misjoinder Issue (docket no. 30) is DENIED for the following reasons.

Staying discovery pending the outcome of motions determining preliminary matters raises issues "of pretrial management and judicial efficiency that fall within [the] court's discretion." Greeley Pub. Co. v. Hergert, 233 F.R.D. 607, 612 (D. Colo. 2006). In String Cheese Incident, LLC v. Stylus Shows, Inc., 2006 WL 894955 (D. Colo. Mar. 30, 2006), former Magistrate Judge Coan applied the following analysis, in which she weighed the following interests: (1) plaintiff's interests in proceeding expeditiously with the civil action and the potential prejudice of a delay, (2) the burden on defendants, (3) the convenience to the court; (4) the interests of persons not parties to the civil litigation, and (5) the public interest.  Id. at *2 (citing FDIC v. Renda, 1987 WL 348645, at *2 (D. Kan. Aug. 6, 1987)).

After taking into consideration those factors listed above, this court finds that the interest of justice requires that this case go forward with discovery.  Defendant Doe #5 has failed to demonstrate a likelihood of prevailing on the pending misjoinder motion (docket no. 29) that is currently pending before Judge Arguello.  Moreover, Plaintiff would be prejudiced by a stay in discovery since this case is set for a Rule 16 Scheduling Conference on January 31, 2012, at 9:00 a.m.  Furthermore, there has been no evidence presented to suggest that any prejudice to any third party would be incurred if discovery goes forward.  Lastly, it is in the public interest to resolve civil disputes quickly and timely.

Date: January 4, 2012