UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

| | |
|---|---|
| PATRICK COLLINS, INC. <br> a FLORIDA Company <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-15, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:11-cv-02164-CMA-MJW |

**ORDER** (Docket no. 28)

Upon consideration of Defendant John Doe #5's **MOTION FOR EXTENSION OF TIME TO FILE MOTION TO QUASH OR LIMIT SUBPOENA DUCES TECUM**, and any opposition thereto, it is hereby ORDERED THAT: Defendant's motion is granted and Defendant John Doe #5 has until December 14, 2011 to file a motion to quash or limit Plaintiff's *subpoena duces tecum* issued October 31, 2011.

DATED: 4th day of January, 2012

By: _____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO