IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02164-CMA-MJW

PATRICK COLLINS, INC.,

Plaintiff,

v.

DOES 1-15,

Defendant(s).

---

MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that Defendant John Doe No. 5's Motion to Quash (docket no. 46) is DENIED. This court is aware of the many similar companion cases currently pending in this court filed by plaintiff and is aware of Defendant John Doe No. 5's Motion to Sever for Improper Joinder (docket no. 29) pending before District Judge Arguello in this case. Judge Arguello has not yet ruled on docket no. 29. This court has previously held that the urgency of receiving Defendant's information in Internet copyright infringement cases is good cause to issue subpoenas because often the Internet Service Providers destroy their identifying information. See Interscope Records v. Does 1-8, 2006 WL 1351876, at *1 (D. Colo. Mar. 13, 2006).

Date:   February 8, 2012