IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02164-CMA-MJW

PATRICK COLLINS, INC.,

Plaintiff(s),

v.

JOHN DOES 1-15,

Defendant(s).

---

ORDER GRANTING
PLAINTIFF'S MOTION TO COMPEL ISP'S COMPLIANCE TO SUBPOENA
(DN 50)

---

Entered by Magistrate Judge Michael J. Watanabe

This cause having come before the Court upon Plaintiff's Motion to Compel ISP's Compliance with Subpoena (DN 50), filed with the Court on January 17, 2012, and the Court having reviewed said motion, and being otherwise duly advised in the premises, does hereby, find that Defendants and Comcast Cable have not filed any response to the subject motion and the court deems the motion confessed.

It is hereby ORDERED:

1. Plaintiff's motion is granted, and,

2. Comcast Cable shall produce the identities of the unknown Doe Defendant to Plaintiff within ten (10) days from the entry of this Order.

SIGNED AND DATED THIS 14th DAY OF February, 2012

BY THE COURT:

_/s/ Michael J. Watanabe_
MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE